**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-cv-10159-MARTINEZ

NICOLE SOHN, *et al.*,

*Plaintiffs*,

v.

CITY OF KEY WEST,

*Defendant*.

__________________________/

**NOTICE OF PENDING, REFILED, RELATED, OR SIMILAR ACTIONS**

In accordance with Local Rule 3.8, Plaintiffs give notice of a related action pending in this Court: *Sohn v. City of Key West*, No. 26-cv-10040-MARTINEZ.

Respectfully submitted September 9, 2026,

*/s/ Nicholas L.V. Warren*
Nicholas L.V. Warren (FBN 1019018)
Samantha J. Past (FBN 1054519)
Michelle M. Morton (FBN 81975)
Daniel B. Tilley (FBN 102882)
**ACLU Foundation of Florida**
4343 West Flagler Street, Suite 400
Miami, FL 33134
(786) 363-1769
nwarren@aclufl.org
spast@aclufl.org
mmorton@aclufl.org
dtilley@aclufl.org

Reid Levin (FBN 1038933)
**Reid Levin, PLLC**
P.O. Box 880682
Boca Raton, FL 33488
(561) 866-6089
reid@reidlevinpllc.com

Ashley N. Sybesma (FBN 22059)
Wayne LaRue Smith (FBN 31410)
**The Smith Law Firm**
509 Whitehead Street
Key West, FL 33040
(305) 296-0029
ashley@thesmithlawfirm.com
wsmith@thesmithlawfirm.com

*Counsel for Plaintiffs*