**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-10040-CIV-MARTINEZ**
**CASE NO. 26-10159-CIV-MARTINEZ**

NICOLE SOHN, *et al.*,

Plaintiffs,

v.

CITY OF KEY WEST,

Defendant.
_______________________________/

NICOLE SOHN, *et al.*,

Plaintiffs,

v.

CITY OF KEY WEST,

Defendant.
_______________________________/

**ORDER CONSOLIDATING CASES**

**THIS CAUSE** came before the Court *sua sponte*. Under Federal Rule of Civil Procedure 42(a), a court may consolidate matters presenting common questions of law or fact. In exercising this broad discretion, courts consider: (1) whether the risk of inconsistent adjudications of common factual and legal issues outweigh the specific risks of prejudice and confusion; (2) the burden that multiple lawsuits present; (3) the amount of time consolidation would save; and (4) the relative expense of consolidating a matter or proceeding on multiple trials. *Eghnayem v. Bos. Sci. Corp.*, 873 F.3d 1304, 1313 (11th Cir. 2017) (internal quotation omitted). "A joint trial is appropriate where [t]here is clearly substantial overlap in the issues, facts, evidence, and witnesses required for claims against multiple defendants." *Allstate Ins. Co. v. Vizcay*, 826 F.3d 1326, 1333 (11th Cir. 2016) (citation and internal quotations omitted). "District judges in this circuit have been urged to

make good use of Rule 42(a) . . . to . . . eliminate unnecessary repetition and confusion." *Young v. City of Augusta*, 59 F.3d 1160, 1169 (11th Cir. 1995) (internal quotation omitted).

Good cause appears that consolidation of the above-styled cases is appropriate to avoid unnecessary duplication of judicial labor and effort. The cases are related actions between the same parties who, in both instances, present First Amendment claims premised on the same set of events. In both operative complaints, Plaintiffs focus on the City of Key West's alleged selective enforcement of certain policies related to rainbow picket fences. Moreover, the later-filed suit appears to be a continuation of the facts set forth in the earlier-filed suit, suggesting that the suits would present overlapping factual, legal, and evidentiary issues.

Accordingly, it is **ORDERED AND ADJUDGED** that the above-styled cases are consolidated as follows:

1. The Clerk of Court is instructed to **CLOSE Case No. 26-10159-CIV-MARTINEZ** for administrative purposes only. The Clerk shall also terminate any deadlines therein. All future filings shall be made under **Case No. 26-10040-CIV-MARTINEZ** only.
2. Plaintiffs shall file an amended consolidated complaint in this case on or before **September 21, 2026**.
3. Pending an operative complaint, Defendant's Motion to Dismiss **[ECF No. 13]** is **DENIED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Miami, Florida, this 11 day of September 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record